**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

   **v.**                          **CRIMINAL NO. 1:23-CR-59**
                                           **(KLEEH)**

**QUWAN DAVIS,**

       **Defendant.**

**DUE PROCESS PROTECTIONS ACT ORDER**
**TO ALL COUNSEL REGARDING *BRADY* OBLIGATIONS**

Pursuant to the Due Process Protections Act of 2020, the Court reminds the Government's attorneys that under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny, failing to disclose favorable evidence to the accused violates due process where the evidence is material either to guilt or punishment. Further, consequences for a <u>Brady</u> violation can include, but are not necessarily limited to, a vacated conviction and disciplinary actions against the prosecutor.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** October 31, 2023

_Tom S Kleh_
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA